IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SEARCH WARRANTS | : | MAGISTRATE CASE |
| ISSUED NOVEMBER 30, 2022 | : | NO.  22-MJ-1897 |

## **O R D E R**

AND NOW, this 29th day of August, 2023, upon consideration of Petitioners' Motion to Unseal the Affidavits in Support of November 30, 2022 Search Warrants, the response, reply, and after careful review of the affidavit at issue, IT IS HEREBY ORDERED that the Motion to Unseal is DENIED without prejudice.

IT IS FURTHER ORDERED that the Motion to Supplement the Motion to Unseal is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey
ELIZABETH T. HEY, U.S.M.J.