IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SEARCH WARRANTS | : | MAGISTRATE CASE |
| ISSUED NOVEMBER 30, 2022 | : | NO.  22-MJ-1897 |

## **O R D E R**

AND NOW, this   7th    day of October, 2024, upon consideration of Petitioners' Renewed Motion to Unseal the Affidavits in Support of the November 30, 2022 Search Warrants and the Government's response, IT IS HEREBY ORDERED that the Motion to Unseal is DENIED without prejudice.  IT IS FURTHER ORDERED this Order and the accompanying Memorandum are NOT to be filed under seal.

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.